# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153047(23)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

NICHOLAS EMIL BUEKER-DECAMP,
       Defendant-Appellant.
_____/

SC: 153047
COA: 328754
Barry CC: 14-000469-FH

       On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on February 24, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      March 4, 2016



Clerk